# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:02-CR-253-T-27TGW

**CALVIN BERNARD BROWN**
_____/

## O R D E R

**BEFORE THE COURT** are Defendant's Motion to Reduce Sentence Pursuant to the First Step Act of 2018 (Dkt. 58) and the United States' Response in Opposition (Dkt. 59). Defendant requests a sentence reduction to time served, and a reduced term of supervised release. The United States concedes that Defendant is eligible for a sentence reduction on Count Four, including a reduction in his term of supervised release to 8 years, but opposes a reduction in sentence, since Defendant is currently serving a below guidelines sentence of 235 months, the low end of his amended guidelines range. Upon consideration, Defendant's Motion (Dkt. 58) is **GRANTED** to the extent that his sentence on Count Four is reduced to 235 months or time served, whichever is greater, and his term of supervised release on Count Four is reduced to 8 years. His sentence on Count Five remains the same.

Defendant pleaded guilty to possession with intent to distribute 50 grams or more of cocaine base (Count Four) and possession of a firearm by a convicted felon (Count Five). He was sentenced to 235 months on Count Four, followed by 10 years of supervised release, and 120 months on Count Five, followed by 3 years of supervised release, concurrent with Count Four. He received a one level departure for substantial assistance.

Section 404 of the First Step Act, Pub. L. No. 115-391, made retroactive the reduction in statutory penalties modified by the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Sta. 2372 (2010). *See* First Step Act of 2018, Pub. L. No. 115-391, § 404(b) (2018). In accordance with this Court's Omnibus Order (Case No. 8:19-mc-10-T-23), the United States Probation Office submitted a memorandum advising that Defendant is eligible for a sentence reduction under the First Step Act (Dkt. 54). Probation correctly determines that retroactive application of the Fair Sentencing Act results in an amended guideline range of 262-327 months, followed by terms of supervised release

of 8 years on Count Four and 3 years on Count Five. After applying a comparable one level departure for substantial assistance, Probation recommends a reduced guideline sentence of 235 months or time served, whichever is greater, followed by an 8 year term of supervised release.

After considering the factors in 18 U.S.C. § 3553(a), Defendant's conduct while imprisoned, and the intent of his original sentence, his sentence on Count Four is reduced to 235 months or time served, whichever is greater, followed by 8 years of supervised release. His sentence on Count Five remains the same, concurrent with Count Four. All other terms and conditions of the Judgment remain in full force and effect.

**DONE AND ORDERED** this 24th day of July, 2019.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record, Defendant, U.S. Bureau of Prison, U.S. Probation